UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>FRANCISCO HERRERA,<br><br>                            Defendant. | Case No.: 12cr1127-JAH<br><br>**ORDER DIRECTING CONCURRENT SERVICE OF SENTENCE** |

IT IS HEREBY ORDERED that the 188-month sentence imposed in 12cr1127-JAH, run concurrently to the 24-month sentence imposed in case number 07cr1320-DMS. This order is *nunc pro tunc* to October 11, 2012, the date the judgment originally was issued in this case.

DATED: December 11, 2019

_____
JOHN A. HOUSTON
United States District Judge

1

12cr1127-JAH